UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>NEWREZ, LLC,<br><br>        Defendant. | Case No. 22-cv-05749-HSG<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 11 |

Pending before the Court is Plaintiff's motion for a temporary restraining order, filed at 5:17 p.m. on Friday, October 7, 2022. *See* Dkt. No. 11. Plaintiff is **DIRECTED** to serve the documents submitted to the Court under Docket Number 1 (the complaint), Docket Number 11 (the motion for a temporary restraining order, its supporting documents, and Plaintiff's proposed order), and Docket Number 12 (this Order) on Defendant by no later than 11:00 a.m. today, October 10, 2022. Plaintiff may serve these documents by electronic mail, and must file a declaration and any supporting proof confirming that this was done, including the email address(es) to which the documents were sent, by noon today, October 10, 2022.

Should Defendant oppose the relief sought by Plaintiff, Defendant must file a response no later than 3:00 p.m. on Tuesday, October 11, 2022. The motion will stand submitted at that time unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 10/10/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge